ACCEPTED
14-14-00808-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
12/28/2014 4:28:31 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00808-CV

| | | |
|---|---|---|
| **MARSHA ARD-PHILLIPS** | § | **IN THE FOURTEENTH** |
| **Appellant,** | § | |
| **v.** | § | **COURT OF APPEALS** |
| **STEVEN W. ARD,** | § | |
| **Appellee.** | § | **HOUSTON, TEXAS** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/29/2014 8:37:00 AM
CHRISTOPHER A. PRINE
Clerk

### APPELLANT'S OPPOSED MOTION FOR EXTENSION

Marsha Ard-Phillips, Appellant, files this motion to extend deadline for filing the appellate record and would show the Court the following:

### Introduction

1. Appellate filed an Affidavit of Indigence on Oct 7, 2014.

2. The trial court signed an order sustaining contests heard on Oct. 22, 2014.

3. Appellant filed a Texas Access to Justice Foundation Affidavit of Indigence with certificate on Nov 3, 2014.

4. There is no deadline for filing this motion.

## Motion

5.  Appellant requested the district clerk's and court reporters' records in writing on October 13th, 2014, November 6th, 2014 and the court reporters' again on December 17th, 2014.

6.  The district clerk's record and the court reporters' records and exhibits in the 312th and 269th Judicial District Courts are necessary to decide the issues on appeal.

7.  Appellant is financially unable to comply with Tex. R. App.P. §35.3(a)(2) and (b)(3), to pay for the records and has not been able to secure arrangements for payment of these appellate records.

8.  Appellant requests a 30 day extension of the appellate record filing deadline until January 28th, 2014. Tex. R. App. P. §10.5(b)(1)(A)(B)

## Summary of Argument

9.  Appellant has made attempts to obtain the appellate records, has been unable to pay for the records, and requests more time for doing so.

10.  No extension has been previously requested or granted for Appellant's request. Tex. R. App. P. §10.5(b)(1)(D)

Appellant's Motion for Extension - December 27, 2014

11. Appellant requests more time to make payment arrangements for the appellate record.

## Conclusion

12. Appellant is unable to comply with the filing of the appellate record deadline at this time. Appellant requests a 30 day extension of the deadline for securing payment arrangements and filing the appellate record.

## Prayer

13. Appellant seeks an extension of 30 days of the deadline for filing the appellate record. Appellant requests all relief in law or in equity that Appellant may be justly entitled.

Respectfully submitted,
Marsha Phillips /s/ pro se
State bar No.: 00789548
12407 N Mopac Expwy
Suite 250-210,  Austin, TX 78758
(512) 520-5990 Fax (866) 519-3974
phillipslaw@marshaphillips.com

**Certificate of Conference**

I certify that I have conferred with Allan Cease by faxed letter dated December 22nd, 2014 and in a December 23rd, 2014 e-mail. He stated he is opposed to Appellant's Motion.                         Marsha Phillips /s/

Appellant's Motion for Extension - December 27, 2014

## Certificate of Compliance

I certify that this document was produced on a computer using Microsoft Word 2010 and contains 312 words, (525 all inclusive) as determined by the computer software's word-count function, excluding the sections of the document listed in Tex. R. App. Proc. 9.4(i)(1).                    Marsha Phillips /s/

## Certificate of Service

I certify that a true copy of the Appellant's Motion for Extension was served in accordance with Tex. R. App. Proc. 9.6 on each party or that party's lead counsel as follows: party:  Steven Ard, counsel:  Mr. Allan A. Cease, allancease@comcast.net 56 Sugar Creek Center, Blvd., Suite 300, Sugar Land, TX 77478, phone (281) 980-0909.  Method of Service: eFileTexas.gov. Date of Service: December 28th, 2014.

Marsha Phillips /s/